ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2026-Feb-04 15:46:24
58CV-25-895
C05D03 : 3 Pages

**IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS**
**CIVIL DIVISION**

**JUSTIN MacHENRY** **PLAINTIFF**

**v.** **CASE NO. 58CV-25-895**

**COLIN LILLARD,**
**In His Individual Capacity** **DEFENDANT**

**ANSWER**

COMES now the Defendant, Colin Lillard, in his individual capacity, by and through his attorney, M. Keith Wren, and for his Answer, states:

1. Any allegation not specifically admitted herein is denied.
2. Paragraph 1 is not factual in nature and, therefore, does not require a response. To the extent a response is required, it is denied. Defendant has no objection to jurisdiction.
3. Concerning paragraph 2, Defendant is without sufficient knowledge to admit or deny the residency of the Plaintiff and, therefore, denies same.
4. Paragraph 3 is admitted.
5. Paragraph 4 is not factual in nature and, therefore, does not require a response. Defendant does not object to this Court's jurisdiction.
6. Paragraph 5 is admitted.
7. Paragraph 6 is not factual in nature and, therefore, does not require a response. Defendant does not object to this Court's jurisdiction.
8. Defendant denies, generally, paragraphs 7 through 228.

**AFFIRMATIVE DEFENSES**

1. The Complaint fails to state a claim upon which relief may be granted.
2. Separate Defendants assert all applicable statutes of limitation.

EXHIBIT B

3. Separate Defendants are entitled to statutory immunity pursuant to Ark. Code Ann. § 21-9-301 to the extent any state tort or violation of the Arkansas Civil Rights Act is alleged.
4. Separate Defendants avail themselves of all applicable state and federal immunities, available in any capacity, including, but not limited to, statutory, absolute, qualified, sovereign, good faith, and quasi-judicial immunity.
5. Separate Defendants assert that, to the extent Plaintiff sustained any damages, the damages were a direct and proximate result of Plaintiff's own conduct.
6. Plaintiff's claims are barred by accord and satisfaction and/or settlement and release.
7. Plaintiff has failed to exhaust his administrative remedies.
8. Separate Defendants plead affirmatively all defenses available to them under Rule 8(c) of the Arkansas or Federal Rules of Civil Procedure, as applicable.

Respectfully submitted,
COLIN LILLARD
Individually

**DEFENDANT**

By: /s/ M. Keith Wren
M. Keith Wren, # 94107
P.O. Box 38
North Little Rock, AR 72115-0038
Tel: (501) 374-3484, ext. 163
Fax: (501) 604-5561
mkwren@arml.org

CERTIFICATE OF SERVICE

I, M. Keith Wren, do hereby certify that the above and foregoing has been served via e-flex, or mailed by ordinary mail with sufficient postage affixed thereon, on February 4, 2026 to:

W. Whitfield Hyman
King Law Group
300 N. 6th Street
Fort Smith, AR 72901
Tel: (479) 782-1125
Fax: (479) 316-2252
Hyman@arkansaslawking.com

/s/ M. Keith Wren
M. Keith Wren