**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUSTIN MacHENRY** **PLAINTIFF**

**v.** **CASE NO: 4:26-CV-00126-BSM**

**COLIN LILLARD** **DEFENDANT**

**DEFENDANT'S MOTION FOR STAY OF THE PROCEEDINGS**

COMES NOW Defendant, Colin Lillard (hereinafter "Defendant"), in his individual capacity, by and through his attorney, M. Keith Wren, and for his Motion for Stay of the Proceedings, states:

1. Plaintiff brings this suit pursuant to 42 U.S.C. § 1983, alleging violation of right to freedom of speech, excessive force, unlawful seizures and arrests, and deprivation of liberty without due process against Defendant.

2. Plaintiff is still involved in an ongoing criminal proceeding relating to the events that gave rise to his Complaint. Plaintiff's original criminal proceeding was CR-24-191 in Pope County District Court – Dover Dept., where he was charged and convicted with one count of Obstructing Governmental Operations and one count of Disorderly Conduct. On April 2, 2025 Plaintiff filed an appeal of those convictions that is still pending before Pope County Circuit Court in case 58CR-25-181 as of the date of this pleading.

3. The Plaintiff's civil claims in the instant case are based on the same nucleus of operative facts that are the subject of his criminal appeal. *See Wallace v. Kato,* 549 U.S. 384, 393–94 (2007).

4. As such, Defendant requests this Court stay the proceedings and administratively terminate the claims pending final disposition of the criminal charges against the Plaintiff.

WHEREFORE, Defendant respectfully requests that this Court grant his Motion, and for all other just and proper relief to which he is entitled.

Respectfully submitted,

**COLIN LILLARD**

By: M. Keith Wren, # 94107
Attorney for Defendant
P.O. Box 38
North Little Rock, AR 72115
Phone: (501) 374-3484, ext. 163
E-mail: mkwren@arml.org