ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2025-Apr-02 14:17:59
58CR-25-181
C05D01 : 4 Pages

**UNIFORM COVER PAGE**

[To be used when required by Administrative Order No. 2 (g)*]

COURT: ___CIRCUIT___________ COURT OF __POPE_______ COUNTY

Docket/Case Number: _______________________________

CASE NAME:
PLAINTIFF/
PETITIONER: ___CITY OF DOVER__________

DEFENDANT/
RESPONDENT: __JUSTIN MACHENRY______________________

TITLE OF PLEADING OR
DOCUMENT BEING FILED
(If a multi-part file,
the designation "part _ of _"
(example, part 1 of 2)): ___DISTRICT COURT DOCKET SHEET_______

*Administrative Order No 2.

(g) *File Mark*. (1) There shall be a two inch (2") top margin on the first page of each document submitted for filing to accommodate the court's file mark. If the pleading or document must be filed in multi-parts because of size or for other reasons, the first page of each part must include the file name and file mark and shall clearly indicate the part number and number of parts (example, part 1 of 2).

(2) If a document is such that the first page cannot be drafted to provide sufficient space to satisfy the file-mark requirement, the document must include the uniform cover page developed by the Administrative Office of the Courts and found under Forms and Publications at www.arcourts.gov.

**Pope County District Court - Dover Dept**

**Docket**

**Case #:** CR-24-191

**Defendant Information** **Machenry, Justin Alex** 750 Caskay Dr, Conway , Arkansas 72032

| | | | | | |
|---|---|---|---|---|---|
| **Name:** Machenry, Justin Alex | **DOB:** 11/22/85 | **Age:** 39 | **SSN:** | **HmPhone:** | **SID:** |
| | **Sex:** Male | **Ht:** 0.00 | **DL #:** AR / 924596758 | **WrkPhone:** | **NCIC:** |
| **Attorney:** Hyman, W Whitfield | **Race:** White | **Wt:** 0 | **Employer:** | | **FP:** |

**Case Information**

**Case #:** CR-24-191 **Filing Date:** 12/10/24 **Case Type:** Criminal **Case Category:** AOC Misd-Public Order **First Appear Date:** 03/03/25

**Charge Document Information**

| | | | |
|---|---|---|---|
| **Chrg Doc#:** 10613 | **Accident:** No | **Booking#:** | **Witness(s)\Victim(s)\Interpreter(s):** |
| **Viol Date:** 12/09/24 | **Radar:** No | **Jail:** | Witness Nelson, Renee |
| **Filing Date:** 12/10/24 | **Paced:** No | **Release:** | Witness Walker, Christina |
| **Type:** Criminal Citation | **Seatbelt:** No | **Release Date:** | Witness Standridge, Rebekka |
| **Juris:** City of Dover | **Speed:** 0 / 0 | **Bond Amt:** $ 0.00 | Witness Marpel, Vonna |
| **PIN#:** | **BAC:** 0.00 | **Bond Co:** | Witness Houghtor, Dustin |
| **Officer :** Lillard, Colin | | **Statute#:** 5-71-207 | Witness Lillard, Colin |
| **Comments:** | | | |

**Charge Information**

| Chrg Doc#: | Chrg# | Cnt#: | Off#: | Charge | Plea | Finding | Disposition | Disp Date |
|---|---|---|---|---|---|---|---|---|
| 10613 | 1 | 1 | 1 | Disorderly Conduct | Not Guilty | Guilty | Finding Entered | 03/03/25 |

**Order Information**

| Chrg Doc# | Chrg# | Date | Type | Description | Start | Due | Mon | Unit | T/P # | Qty Amt | Susp Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10613 | 1 | 03/03/25 | Sentence | Fine, Cost, Fee & Restitution | 03/03/25 | 03/03/25 | Yes | | | $ 465.00 | $ 0.00 |

**Order Total:** $ 465.00 **Adj Total:** $ 0.00 **Total Receipts:** $ 465.00 **Balance:** $ 0.00

**Receipt Information**

| | | | |
|---|---|---|---|
| 1. | 12/10/24 | 24-765 | $465.00 |

**Event Information**

| Date | Description | Employee | Event Text |
|---|---|---|---|
| 12/10/24 | Charge Document | VM | Charge Document# 10613 filed 12/10/24. Initial Assessment for $325.00 of Fine; $100.00 of Cost; Fees of ($20.00 for County Incarceration Fine;$20.00 for City Jail Fee;) for Total Fees of $40.00 ; for a Total Amount of $465.00. |
| 12/10/24 | Activity | VM | Initially Set for Arraignment on 01/06/25 at 04:00 PM. |
| 12/10/24 | Receipt | VM | Receipt #24-765 in the amount of $465.00 taken from Machenry, Justin A on 12/10/24. |
| 01/02/25 | Activity | VM | Hearing Rescheduled from 01/06/25 ( Arraignment) to 03/03/25 ( Bench Trial). |
| 03/03/25 | PleaFindDispo | LS | In Court ( Bench Trial On 03/03/25), On Chrg# 1 ( 5-71-207-Disorderly Conduct ). Defendant Plead: Not Guilty. Court Found Defendant: Guilty. Finding Entered. |
| 03/03/25 | Order | LS | In Court ( Bench Trial On 03/03/25), On Chrg#1 ( 5-71-207-Disorderly Conduct), Court Ordered Defendant To Pay: ($325.00 Of Fine, $100.00 Of Cost, $20.00 Of County Incarceration Fine, $20.00 Of City Jail Fee) In The Total Amount Of $465.00. Special J |
| 03/03/25 | Order | LS | udge David Saxon Present. $350 F/c, 90 Days Sis , Def Atty Advises Appeal. Entered. |
| 03/03/25 | Disposition | LS | Case Hearing( Bench Trial on 03/03/25) Completed by presiding Judge ( Saxon, David) .Prosecutor ( Luker, Deidre) present. |

THIS IS TO CERTIFY THE FOREGOING INSTRUMENT IS A TRUE, CORRECT AND COMPLETE COPY OF THE ORIGINAL ON FILE IN THIS COURT.
THIS THE 10 DAY OF March 2025
BY: [signature] CLERK

## Pope County District Court - Dover Dept

### Docket

**Case #:** CR-24-192

**Defendant Information** — **Machenry, Justin Alex** — 750 Caskay Dr, Conway , Arkansas 72032

| | | | | | |
|---|---|---|---|---|---|
| **Name:** Machenry, Justin Alex | **DOB:** 11/22/85 | **Age:** 39 | **SSN:** | **HmPhone:** | **SID:** |
| | **Sex:** Male | **Ht:** 0.00 | **DL #:** AR / 924596758 | **WrkPhone:** | **NCIC:** |
| **Attorney:** Hyman, W Whitfield | **Race:** White | **Wt:** 0 | **Employer:** | | **FP:** |

**Case Information**

**Case #:** CR-24-192 **Filing Date:** 12/10/24 **Case Type:** Criminal **Case Category:** Obstructing Justice **First Appear Date:** 03/03/25

**Charge Document Information**

| | | | |
|---|---|---|---|
| **Chrg Doc#:** 10613 | **Accident:** No | **Booking#:** | **Witness(s)\Victim(s)\Interpreter(s):** |
| **Viol Date:** 12/09/24 | **Radar:** No | **Jail:** | Witness Nelson, Renee |
| **Filing Date:** 12/10/24 | **Paced:** No | **Release:** | Witness Walker, Christina |
| **Type:** Criminal Citation | **Seatbelt:** No | **Release Date:** | Witness Standridge, Rebekka |
| **Juris:** City of Dover | **Speed:** 0 / 0 | **Bond Amt:** $ 0.00 | Witness Marpel, Vonna |
| **PIN#:** | **BAC:** 0.00 | **Bond Co:** | Witness Houghtor, Dustin |
| **Officer :** Lillard, Colin | | **Statute#:** 5-54-102 | Witness Lillard, Colin |

**Comments:**

**Charge Information**

| Chrg Doc#: | Chrg# | Cnt#: | Off#: | Charge | Plea | Finding | Disposition | Disp Date |
|---|---|---|---|---|---|---|---|---|
| 10613 | 1 | 1 | 1 | Obstructing Govermental Operations | Not Guilty | Guilty | Finding Entered | 03/03/25 |

**Order Information**

| Chrg Doc# | Chrg# | Date | Type | Description | Start | Due | Mon | Unit | T/P # | Qty Amt | Susp Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10613 | 1 | 03/03/25 | Sentence | Fine, Cost, Fee & Restitution | 03/03/25 | 03/03/25 | Yes | | | $ 440.00 | $ 0.00 |

**Order Total:** $ 440.00 **Adj Total:** $ 0.00 **Total Receipts:** $ 440.00 **Balance:** $ 0.00

**Receipt Information**

1. 12/10/24 24-765 $440.00

**Event Information**

| Date | Description | Employee | Event Text |
|---|---|---|---|
| 12/10/24 | Charge Document | VM | Charge Document# 10613 filed 12/10/24. |
| 12/10/24 | Activity | VM | Initially Set for Arraignment on 01/06/25 at 04:00 PM. |
| 12/10/24 | Charge Document | VM | Initial Assessment for $260.00 of Fine; $100.00 of Cost; Fees of ($40.00 for Jail Booking and Admin Fee;$20.00 for County Incarceration Fine;$20.00 for City Jail Fee;) for Total Fees of $80.00 ; for a Total Amount of $440.00. |
| 12/10/24 | Receipt | VM | Receipt #24-765 in the amount of $440.00 taken from Machenry, Justin A on 12/10/24. |
| 01/02/25 | Activity | VM | Hearing Rescheduled from 01/06/25 ( Arraignment) to 03/03/25 ( Bench Trial). |
| 03/03/25 | PleaFindDispo | LS | In Court ( Bench Trial On 03/03/25), On Chrg# 1 ( 5-54-102-Obstructing Govermental Operations ). Defendant Plead: Not Guilty. Court Found Defendant: Guilty. Finding Entered. |
| 03/03/25 | Order | LS | In Court ( Bench Trial On 03/03/25), On Chrg#1 ( 5-54-102-Obstructing Govermental Operations), Court Ordered Defendant To Pay: ($260.00 Of Fine, $100.00 Of Cost, $40.00 Of Jail Booking And Admin Fee, $20.00 Of County Incarceration Fine, $20.00 Of Cit |
| 03/03/25 | Order | LS | y Jail Fee) In The Total Amount Of $440.00. Special Judge David Saxon Present. $350 F/c, 90 Days Sis , Def Atty Advises Appeal. Entered. |

THIS IS TO CERTIFY THE FOREGOING INSTRUMENT IS A TRUE, CORRECT AND COMPLETE COPY OF THE ORIGINAL ON FILE IN THIS COURT. THIS THE 10 DAY OF March 20 25
BY: [signature] CLERK

**Pope County District Court - Dover Dept**

**Docket**

**Case #:** CR-24-192

| | | | |
|---|---|---|---|
| 03/03/25 | Disposition | LS | Case Hearing( Bench Trial on 03/03/25) Completed by presiding Judge ( Saxon, David) .Prosecutor ( Luker, Deidre) present. |

THIS IS TO CERTIFY THE FOREGOING INSTRUMENT IS A TRUE, CORRECT AND COMPLETE COPY OF THE ORIGINAL ON FILE IN THIS COURT.
THIS THE 10 DAY OF March 20 25
BY: ________________ CLERK