ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2026-Feb-11 08:10:55
58CR-25-181
C05D01 : 2 Pages

**IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS**

**CITY OF DOVER** **PLAINTIFF**

**VS.** **CASE NO.: 58CR-25-181**

**JUSTIN MACHENRY** **DEFENDANT**

**DEFENDANT'S MOTION TO WITHDRAW MOTION TO QUASH SUBPOENA**

1. The prosecution subpoenaed YouTube for information about Justin MacHenry's accounts.
2. The Defendant filed a motion to quash that subpoena for a variety of reasons arguing against the subpoena's legality.
3. The prosecutor subsequently provided proof of a subpoena that was limited in scope to financial information from YouTube for a limited list of videos relevant to this case.
4. Among other actions, the prosecutor satisfied all legal requirements that the Defense had called into question regarding the subpoena.
5. Therefore, the Defendant withdraws its motion to quash the subpoena.

Respectfully

Submitted:

/s/Whitfield Hyman
W. Whitfield Hyman
Attorney for Defendant
AR BAR#: 2013237
King Law Group, PLLC
300 N 6th Street
Fort Smith, Arkansas 72901
Phone: **(479)318-0345** Fax: **(479) 316-2252**

**CERTIFICATE OF SERVICE**

I, W. Whitfield Hyman, state on oath that I have served the foregoing pleading on the prosecutor's office below via fax or email, on this 11th day of February 2026 :

Jacob Phillips

/s/Whitfield Hyman