**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF ARKANSAS**

**CENTRAL DIVISION**

**JUSTIN MacHENRY PLAINTIFF**

**v. CASE NO: 4:26-CV-00126-BSM**

**COLIN LILLARD DEFENDANT**

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR STAY OF THE PROCEEDINGS**

COMES NOW Plaintiff, Justin MacHenry, by and through his attorney, W. Whitfield Hyman, and for his Response in Opposition to Defendant's Motion for Stay of Proceedings, states:

1. Plaintiff admits to paragraph 1 of Defendant's motion that this is a Civil Rights action, but places emphasis on the excessive force portion of the complaint.
2. Plaintiff admits to paragraph 2 of Defendant's motion that charges are still pending.
3. Plaintiff admits to paragraph 3 of Defendant's motion that the criminal charges largely revolve around the events of this lawsuit, however the excessive force occurs after the unlawful arrest.

4. Plaintiff opposes the Defendant's request to stay the proceedings and administratively terminate the claims pending final disposition of the criminal charges against the Plaintiff.
5. The Constitution does not ordinarily require a stay of civil proceedings pending the outcome of criminal proceedings. See Hathcock v. Arkansas Dept. of Human Services, 347 Ark. 819 (2002).

Wherefore, Plaintiff respectfully requests that this Court deny Defendant's motion, and for all other just and proper relief to which he is entitled.

Respectfully Submitted,

Justin MacHenry

By: W. Whitfield Hyman 2013237

Attorney for Plaintiff

300 N 6th Street

Fort Smith, Arkansas 72908

Phone: 479-782-1125

Email: Hyman@ArkansasLawKing.com

**CERTIFICATE OF SERVICE**

I, W. Whitfield Hyman, state that I have served the foregoing pleading on the Defendant's counsel via the electronic filing system on this 17th day of February, 2026.