**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUSTIN MACHENRY** **PLAINTIFF**

**v.** **CASE NO. 4:26-CV-00126-BSM**

**COLIN LILLARD,** in his individual capacity **DEFENDANT**

# ORDER

Colin Lillard's motion to stay [Doc. No. 5] is denied as moot. Justin MacHenry's request for leave to amend his complaint is granted. *See* Doc. No. 7 at 4.

MacHenry is suing Lillard under 42 U.S.C. section 1983 alleging a variety of constitutional and state law violations arising from his arrest in Pope County for disorderly conduct. Doc. Nos. 5 and 8. *Younger* abstention is appropriate because there is an ongoing state criminal appeal where MacHenry has an adequate opportunity to raise his constitutional challenges and the state has an important interest in enforcing its criminal laws. *See Younger v. Harris*, 401 U.S. 37, 43-45 (1971); *Yamaha Motor Corporation, U.S.A. v. Stroud*, 179 F.3d 598, 603-04 (8th Cir. 1999); *Tony Alamo Christian Ministries v. Selig,* 664 F.3d 1245, 1250 (8th Cir. 2012). Furthermore, there is no indication of bad faith, harassment, or any other extraordinary circumstances that would make abstention inappropriate. Thus, *Younger* abstention applies.

Since abstention is appropriate, MacHenry's request for leave to amend his complaint is granted.

IT IS SO ORDERED this 23rd day of February, 2026.

UNITED STATES DISTRICT JUDGE