**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUSTIN MacHENRY** **PLAINTIFF**

**v.** **CASE NO. 4:26-CV-00126-BSM**

**COLIN LILLARD** **DEFENDANT**

**ORDER**

The parties have fourteen (14) days to submit their Rule 26(f) report.

IT IS SO ORDERED this 5th day of May, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE