**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUSTIN MacHENRY** **PLAINTIFF**

**v.** **CASE NO: 4:26-CV-00126-BSM**

**COLIN LILLARD** **DEFENDANT**

**DEFENDANT'S RULE 26 REPORT**

Comes the Defendant and for his Separate Rule 26(f) Report, states:

Defendant made good faith attempts to confer with opposing counsel regarding the Rule 26(f) report. Defendant emailed a draft with a request for suggested revisions, if applicable, and sent a follow-up email requesting a response. Opposing counsel, however, did not respond.

1. Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).

RESPONSE: None.

2. Date when mandatory disclosures were or will be made.

RESPONSE: June 1, 2026

3. Subjects on which discovery may be needed.

RESPONSE: All documentation on liability, damages, and policies and procedures.

4. Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:

(a) whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;

(b) the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;

(c) the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;

(d) whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;

(e) other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.

RESPONSE: None known at this time.

5. Date by which discovery should be completed.

RESPONSE: April 21, 2027

6. Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.

RESPONSE: The Defendant intends to depose all witnesses identified by them as having discoverable information, plus, possibly 10 more, if necessary. The Defendant will confer and seek to agree on the need to take more than 10 depositions without involving the Court. The Defendant consents to the electronic service of Initial Disclosures, Interrogatories, Requests for Production of Documents, Requests for Admissions, and Notices of Deposition, as well as Responses to Interrogatories, Requests for Production of Documents, and Requests for Admission, as follows: all electronic service be emailed to their staff as follows: mkwren@arml.org ; jcrouch@arml.org .

7. Any Orders, e.g. protective orders, which should be entered.

RESPONSE: A protective order regarding any personnel files and/or confidential information.

8. Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.

RESPONSE: None.

9. Any objections to the proposed trial date.

RESPONSE: None, other than Plaintiff stated to this Court that he would dismiss the federal claims in this case in lieu of a stay of the proceedings.

10. Proposed deadline for joining other parties and amending the pleadings.

RESPONSE: March 22, 2027

11. Proposed deadline for completing discovery.

RESPONSE: April 21, 2027

12. Proposed deadline for filing motions.

RESPONSE: May 17, 2027

13. Estimate of how many six (6) hour trial days are needed.

RESPONSE: Two (2) days.

14. If counsel agree to a six (6) member jury.

RESPONSE: Defendant requests a twelve (12) member jury.

Respectfully submitted,

Colin Lillard
**DEFENDANT**

BY: M. Keith Wren, AR Bar No. 94107
Attorney for Defendant
Post Office Box 38
North Little Rock, AR 72115
Telephone: (501) 374-3484, ext. 163
Facsimile: (501) 604-5561
Email: mkwren@arml.org