**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUSTIN MacHENRY** **PLAINTIFF**

**v.** **CASE NO: 4:26-CV-00126-BSM**

**COLIN LILLARD** **DEFENDANT**

**MOTION TO COMPEL**

Defendant, Colin Lillard, respectfully comes before this honorable Court by and through undersigned counsel and, for his Motion to Compel, states:

1. On July 15, 2026, Defendant propounded to Plaintiff a First Set of Interrogatories and Requests for Production of Documents pursuant to Fed. R. Civ. P. 33 and 34. [Exhibit 1]

2. Plaintiff's counsel did not submit timely responses to the discovery requests, nor did he request an extension of time to respond. Having not heard anything from Plaintiff, the undersigned counsel sent Plaintiff's counsel a good faith letter on August 28, 2026, in which counsel was asked to provide Plaintiff's responses to the discovery requests by September 4, 2026. [Exhibit 2]

3. Plaintiff's counsel replied via email on August 28, 2026, requesting more time to respond. Undersigned counsel agreed to a September 11, 2026, deadline, with the understanding that objections had already been waived due to the late response. [Exhibit 3]

4. Plaintiff's failure to engage in the discovery process prejudices the ability of Defendant to defend itself in this action. Defendant requests that the Court issue an order pursuant to Fed. R. Civ. P. 37(a)(3)(B) directing Plaintiff to submit responses within ten (10) business days from the date the order is issued. In addition, because Plaintiff failed to respond within thirty days, Defendant requests that the Court state in the order that any objections Plaintiff

might have asserted are waived.

**WHEREFORE**, Defendant, Colin Lillard, prays that the Court will grant his Motion to Compel and all other relief to which he may be entitled.

Respectfully submitted,

Colin Lillard
**DEFENDANT**

BY: M. Keith Wren, AR Bar No. 94107
Attorney for Defendant
Post Office Box 38
North Little Rock, AR 72115
Telephone: (501) 374-3484, ext. 163
Facsimile: (501) 604-5561
Email: mkwren@arml.org