**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUSTIN MacHENRY** **PLAINTIFF**

**v.** **NO. 4:26-CV-00126-BSM**

**COLIN LILLARD** **DEFENDANT**

**DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

COMES the Defendant, Colin Lillard, in his individual capacity, and for his First Set of Interrogatories and Requests for Production of Documents propounded to Plaintiff to be answered under oath within thirty (30) days pursuant to the Federal Rules of Civil Procedure, states:

**DEFINITIONS**

When used in these interrogatories and requests for production of documents, the words "You" and "Your" refers to the Plaintiff in this action.

**INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

**INTERROGATORY NO. 1:** Please state your name, date of birth, social security number and driver's license number.

**INTERROGATORY NO. 2:** Please list all social networking sites of which you are a member or have been a member of within the last five (5) years.

**INTERROGATORY NO. 3:** Have you ever arrested or charged with, or convicted of, violating any criminal law or statute other than speeding tickets? If your answer is

in the affirmative, please state the nature of the charge, the approximate date when the charge was made, the court in which it was pending, and the disposition of said charge including any time served in jail or prison.

**INTERROGATORY NO. 4:** Please list the name, address and phone number of every jail, prison, or penitentiary in which you have been incarcerated. In addition, provide the dates of incarceration at each facility.

**INTERROGATORY NO. 5:** Please list all lawsuits in which you have ever been involved as a party, giving the approximate filing date, the court in which it was pending, and the names of all parties involved.

**INTERROGATORY NO. 6:** Please state whether you consumed any alcoholic beverages or taken any drugs at any time during the 12 hours preceding the incident forming the basis of your Complaint, and, if so, the quantities of the drugs or alcohol.

**INTERROGATORY NO. 7:** If you intend to request reimbursement for medical expenses for doctor visits, please provide the name, address and telephone number of each and every doctor you have seen in the past five (5) years, and the name, address and telephone number of each and every hospital where he has been treated in the past five (5) years.

**REQUEST FOR PRODUCTION NO. 1:** If you intend to request reimbursement for medical expenses, please sign the medical authorization attached hereto and furnish it to the attorney for this defendant.

**INTERROGATORY NO. 8:** Regarding any witnesses you intend to call in the trial of this matter, please state:

a) Their full legal name;

b) Their home and work addresses;

c) Their home and work telephone numbers;

d) Their relationship, if any, to the parties in this lawsuit;

e) A brief summary of their testimony; and

f) Whether any written statement made by these individuals, and regarding this incident, exist.

**<u>INTERROGATORY NO. 9:</u>** According to your knowledge and/or information, and regardless of whether you intend to call him or her as a witness, does anyone have any personal knowledge with respect to any portion of the claims you have made or with respect to any of the events relating to them, or immediately following them? If so, please state:

a) Their full legal name;

b) Their home and work addresses;

c) Their home and work telephone numbers;

d) Their relationship, if any, to the parties in this lawsuit;

e) A brief summary of their testimony; and

f) Whether any written statement made by these individuals, and regarding this incident, exist.

**<u>REQUEST FOR PRODUCTION NO. 2:</u>** Please provide copies of any statements requested in Interrogatory No. 8(f) and Interrogatory No. 9(f), if those interrogatories were answered in the affirmative.

**INTERROGATORY NO. 10:** Have the events outlined in your complaint caused you to miss any work? If so, please list the days missed and explain why it was necessary to miss work.

**REQUEST FOR PRODUCTION NO. 3:** If you intend to claim lost wages, please sign the release of employment information attached hereto and furnish it to the attorney for this defendant.

**INTERROGATORY NO. 11:** Please state the basis for any claims for actual or compensatory damages, including any amounts expended for any purpose which will be claimed as damages at trial.

**REQUEST FOR PRODUCTION NO. 4:** Please provide copies of all bills, receipts or other written documentation relating to the damages information requested in the preceding Interrogatory.

**INTERROGATORY NO. 12:** Please state whether there is currently any restriction on your activities as a result of any alleged injuries you received from the events outlined in your Complaint and, if so, describe those restrictions.

**INTERROGATORY NO. 13:** State whether you, or your attorney, or anyone acting on your behalf, has asked or engaged an expert witness to render an opinion as to any of the facts relating to the incident in question, and whether you intend to call that person as an expert witness in the trial of this matter. If so, for each such expert witness state his name, address, telephone number, and the substance of any and all opinions the expert has reached.

**REQUEST FOR PRODUCTION NO. 5:** Please provide copies of the Vita or Resume' of each expert witness requested in the preceding Interrogatory, as well as copies of the documents, reports, photographs and any and all written materials requested.

**INTERROGATORY NO. 14:** Describe your intent, if any, in interacting with Captain Colin Lillard on December 9, 2024, including what outcome(s) you sought to achieve when you made the statements as alleged in paragraphs 51, 53–54, 58–61, 64, 71, 76–77, 83, 86, 91–92, 95, and 99 of the Complaint.

**INTERROGATORY NO. 15:** Please explain in detail what you did in attempt to deescalate the situation as alleged in paragraph 147–51 of the Complaint and what happened immediately after.

**INTERROGATORY NO. 16**: Please describe in detail how Captain Colin Lillard through his actions, tone, demeanor, and statements, intended to make the Plaintiff apprehensive of imminent harmful or offensive contact, as alleged in paragraph 208 of the Complaint.

**INTERROGATORY NO. 17:** Please state in detail how you were denied your right to protest or that your future attempts to protest were chilled or deterred by Defendant Lillard's actions as alleged in paragraph 204.

**INTERROGATORY NO. 18:** Please describe in detail the mental anguish, humiliation, injuries and suffering you allege to have suffered in paragraph 195 of the Complaint.

**REQUEST FOR PRODUCTION NO. 6:** Please provide copies of any and all documents that support your answers to Interrogatories 14, 15, 16, 17, and 18.

**INTERROGATORY NO. 19:** Please describe in detail any financial benefit or monetization you received from the posting of any video on any social media platform regarding your involvement with Captain Lillard, as referenced in paragraphs 182–83 of the Complaint, including the amount, source, and date of receipt.

**REQUEST FOR PRODUCTION NO. 7**: Please provide copies of any and all documents and receipts indicating the monetization received as described in your response to Interrogatory No. 19.

**INTERROGATORY NO. 20:** Please state in detail whether any video relating to the events described in your Complaint was ever demonetized by any platform, and if so, identify each video, the date of demonetization, the platform that demonetized the video(s), and the reason provided by the platform for demonetization.

**REQUEST FOR PRODUCTION NO. 8:** Please provide copies of all documentation and communications with any platform regarding the demonetization of any videos posted as described in your response to Interrogatory No. 20.

**INTERROGATORY NO. 21**: Describe any changes in the content, title, description, or tags of any video relating to the events described in your Complaint after initial posting, including the date and reason for each change.

**REQUEST FOR PRODUCTION NO. 9:** Please provide copies of any and all documents that you contend support your answers to the preceding Interrogatory.

**INTERROGATORY NO. 22:** Please state whether any persons have made donations to you in connection with your YouTube channel or other online content posted under the name

*The Random Patriot* concerning this incident or any other incident. If yes, identify each donor, the amount donated, and the date of each donation.

**REQUEST FOR PRODUCTION NO. 10:** Please produce all receipts, communications, and other documentation reflecting any donation(s) you received as described in your response to Interrogatory No. 22.

**REQUEST FOR PRODUCTION NO. 11:** Please produce any and all documents, photographs, audio tapes, video tapes or other documentation which in any way substantiate or provide support for the allegations made in your complaint.

**REQUEST FOR PRODUCTION NO. 12:** Please produce any and all notes, memorandums, calendars or other documents by whatever named called, generated or kept by the Plaintiff(s) with respect to the allegations contained in the Plaintiff's complaint or the facts made basis of the complaint, whether created at the time of the event or at a later date. If you contend any of these documents are privileged in any manner, please sufficiently identify the nature and location of said documents so that the court may rule on your objections.

**REQUEST FOR PRODUCTION NO. 13:** Please produce each and every document or article of demonstrative evidence which, at this time, you intend to rely on in any way at the trial of this matter or which is relevant to the allegations made. This request encompasses, but is not limited to, both documentary evidence which you intend to introduce and any other form of tangible evidence which you intend to introduce, or otherwise rely on in any way, at the trial of this matter.

Respectfully submitted,

Colin Lillard, in his individual capacity
**DEFENDANT**

By: /s/ M. Keith Wren
M. Keith Wren, # 94107
P.O. Box 38
North Little Rock, AR 72115-0038
Tel: (501) 374-3484, ext. 163
mkwren@arml.org

**CERTIFICATE OF SERVICE**

I, M. Keith Wren, hereby certify that on July 15, 2026, I electronically mailed or mailed via U.S. Mail with sufficient postage to ensure delivery of the foregoing to:

W. Whitfield Hyman #2013-237
King Law Group
200 N. 6th Street
Fort Smith, AR 72901
Tel: (479) 782-1125
Fax: (479) 316-2252
Hyman@arkansaslawking.com

/s/ M. Keith Wren
M. Keith Wren, #94107