**M. KEITH WREN**
ATTORNEY AT LAW
P. O. Box 38
301 W. 2nd Street
North Little Rock, AR 72115

**Telephone: 501-374-3484 Ext. 163**
**Facsimile: 501-604-5561**
**Email: mkwren@arml.org**

**Jennifer Crouch, Paralegal**
**Telephone: 501-374-3484 Ext. 167**
**Email: jcrouch@arml.org**

August 28, 2026

W. Whitfield Hyman
King Law Group
200 N. 6th Street
Fort Smith, AR 72901

RE: Justin MacHenry v. Colin Lillard
U.S.D.C. Case No. 4:26-cv-00126-BSM

Dear Mr. Hyman:

I submitted Defendant's First Set of Interrogatories and Requests for Production of Documents to you on July 15, 2026. Your responses were due on August 14, 2026, but as of the date of this letter, I have not received them.

I am reaching out in order to comply with Rule 7.2(g) of the Court's local rules and confer in good faith about this issue before requesting intervention from the Court. Please send me your responses to the discovery requests no later than one week from today, September 4, 2026. Please note that any objections you may have intended to assert to any of the discovery requests have been waived due to the failure to provide timely responses as required by Fed. R. Civ. P. 33 and 34.

Thank you for your cooperation in this matter.

Sincerely,

*M. Keith Wren*

M. Keith Wren/jc
Attorney at Law

EXHIBIT 2