**From:** Jennifer Crouch
**To:** "Whitfield Hyman"
**Cc:** M. Keith Wren
**Subject:** RE: MacHenry v. Lillard
**Date:** Friday, August 28, 2026 11:40:00 AM
**Attachments:** 009. Order- denying D"s MTS and granting P"s Mtn to Amd Complaint.pdf
image001.png

---

Mr. Hyman,

I've attached the Order denying the Motion to Stay as Moot. We are agreeable to giving you until September 11, 2026 before requesting court intervention. However, please note that any objections you may have intended to assert are waived as stated in the good faith letter. Thank you and have a great day.

**Jennifer Crouch**

PARALEGAL TO M. KEITH WREN | MUNICIPAL LAW
ARKANSAS MUNICIPAL LEAGUE

jcrouch@arml.org | (501) 374-3484 X167 (o) | www.arml.org | @armunileague

MUNICIPAL LAW

---

**From:** Whitfield Hyman <hyman@arkansaslawking.com>
**Sent:** Friday, August 28, 2026 9:32 AM
**To:** Jennifer Crouch <JCrouch@arml.org>
**Cc:** M. Keith Wren <KWren@arml.org>
**Subject:** Re: MacHenry v. Lillard

**EXTERNAL SENDER:** This message originated OUTSIDE of AML! If you do not recognize the sender or are not expecting this email, DO NOT click links or open attachments. If the message seems suspicious in any way, please use the PHISH ALERT BUTTON and NEVER provide your user ID or password.

Jennifer,

Thank you I think I messed up here because I thought everything was stayed until the criminal case was over. His next hearing on the 31st looks like it might be the last one if the judge allows us to end this with a bench trial on stipulated facts.

Could I please have more time to finish that up ?

W. Whitfield Hyman, esq.
King Law Group, PLLC
300 N 6th Street Fort Smith, AR 72901
Office Phone: 479-782-1125
Cell Phone: 479-318-0345
Fax: 479-316-2252

On Fri, Aug 28, 2026 at 9:27 AM Jennifer Crouch <JCrouch@arml.org> wrote:

> Good morning,
>
> Please find attached letter regarding discovery responses. Thank you and have a great day!
>
> **Jennifer Crouch**
>
> PARALEGAL TO M. KEITH WREN | MUNICIPAL LAW
> ARKANSAS MUNICIPAL LEAGUE
>
> jcrouch@arml.org | (501) 374-3484 X167 (o) | www.arml.org | @armunileague
>
> MUNICIPAL LAW