**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUSTIN MacHENRY** **PLAINTIFF**

**v.** **CASE NO: 4:26-CV-00126-BSM**

**COLIN LILLARD** **DEFENDANT**

## BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL

## INTRODUCTION

Defendant, Colin Lillard, submitted a First Set of Interrogatories and Requests for Production to Plaintiff on July 15, 2026. After approximately six (6) weeks, Plaintiff had not responded nor requested an extension of time within which to respond. Counsel for Defendant reached out to Plaintiff's counsel in a letter dated August 28, 2026, in which he asked Plaintiff to provide responses to the discovery requests by September 4, 2026. Plaintiff's counsel responded the same day requesting more time to provide responses, and Defendant's counsel agreed to September 11, 2026 with the understanding the objections were already waived due to late responses.

As of the date of this motion, Plaintiff's counsel has not provided discovery responses or responded to the letter. Defendant therefore asks the Court to enter an order compelling Plaintiff to respond to the outstanding discovery requests. Further, because Plaintiff has failed to submit timely responses, Defendant asks that the Court include in the order a provision that Plaintiff has waived any objection he might have asserted had he done so in a timely manner.

## ARGUMENT

When a party fails to respond to a request to produce documents, a party seeking discovery may move for an order to answer Interrogatories and respond to Requests for Production of

Documents pursuant to Fed. R. Civ. P. 37(a)(3)(B). Plaintiff has failed to submit timely responses to Defendant's discovery requests and has not responded to Defendant's good faith effort to resolve the discovery dispute without involving the Court. He should therefore be ordered to do so within ten (10) business days from the date the order is issued.

Because Plaintiff has failed to respond to the interrogatories within thirty days, he has waived any objections he might have asserted had he done so in a timely manner. *See* Fed. R. Civ. P. 33(b)(4). The same is true for the requests for production submitted pursuant to Fed. R. Civ. P. 34. *See Cornerstone Wrecker Sales, Inc. v. Bower Services, Inc.,* 2010 WL 3862546, *2 (E.D. Ark. September 27, 2010).

## CONCLUSION

Defendant requests that the Court issue an order directing Plaintiff to respond, without objection, to the First Set of Interrogatories and Requests for Production of Documents propounded on July 15, 2026.

Respectfully submitted,

Colin Lillard
**DEFENDANT**

BY: M. Keith Wren, AR Bar No. 94107
Attorney for Defendant
Post Office Box 38
North Little Rock, AR 72115
Telephone: (501) 374-3484, ext. 163
Facsimile: (501) 604-5561
Email: mkwren@arml.org