**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUSTIN MACHENRY** **PLAINTIFF**

**v.** **CASE NO. 4:26-CV-00126-BSM**

**COLIN LILLARD** **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of October, 2026.

UNITED STATES DISTRICT JUDGE